UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEO SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 7625 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION**

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Eric S. Pruitt
    ERIC S. PRUITT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5496
    eric.pruitt@usdoj.gov